IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHELLEY CETIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 23-2219-KHV-TJJ |
| v. | ) |
| | ) |
| KANSAS CITY KANSAS COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**JOINT NOTICE OF MEDIATION**

Plaintiff and Defendant submit the following Joint Notice of Mediation in accordance with this Court's Scheduling Order (ECF No. 26) entered October 31, 2023.

The parties have agreed to mediate with Larry Rute, Associates in Dispute Resolution, LLC, 212 SW 8th Avenue, Topeka, Kansas 66603, (785) 357-1800.

The parties are working to establish a date for the mediation but have been unable to confirm a date at this time, because Defendant College is currently closed for winter break. A supplemental notice will be filed once a date has been set.

Respectfully submitted,

| | |
|---|---|
| s/ *Kristi L. Kingston* | s/ *Gregory P. Goheen* |
| Kristi L. Kingston, #19126 | Gregory P. Goheen, # 16291 |
| EMPLOYEE & LABOR LAW GROUP OF KANSAS CITY, LLC | MCANANY, VAN CLEAVE & PHILLIPS, P.A. |
| 12920 Metcalf Avenue, Suite 190 | 10 East Cambridge Circle Drive, Suite 300 |
| Overland Park, Kansas 66213 | Kansas City, Kansas 66103 |
| (913) 286-5200 Facsimile: (913) 286-5201 | (913) 371-3838   Facsimile: (913) 371-4722 |
| kristi@elgkc.com | ggoheen@mvplaw.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |