IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHELLEY CETIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 23-2219-KHV-TJJ |
| v. ) | |
| ) | |
| KANSAS CITY KANSAS COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendant. ) | |

**AMENDED JOINT NOTICE OF MEDIATION**

Plaintiff and Defendant submit the following Joint Notice of Mediation in accordance with this Court's Scheduling Order (ECF No. 26) entered October 31, 2023.

The parties have agreed to mediate with Larry Rute, Associates in Dispute Resolution, LLC, 212 SW 8th Avenue, Topeka, Kansas 66603.

The mediation is presently scheduled to begin at 9:30 a.m. on March 22, 2024, and will be conducted by videoconference.

Respectfully submitted,

| | |
|---|---|
| s/ *Kristi L. Kingston* | s/ *Gregory P. Goheen* |
| Kristi L. Kingston, #19126 | Gregory P. Goheen, # 16291 |
| EMPLOYEE & LABOR LAW GROUP | MCANANY, VAN CLEAVE & PHILLIPS, P.A. |
| OF KANSAS CITY, LLC | 10 East Cambridge Circle Drive, Suite 300 |
| 12920 Metcalf Avenue, Suite 180 | Kansas City, Kansas 66103 |
| Overland Park, Kansas 66213 | (913) 371-3838   Facsimile: (913) 371-4722 |
| (913) 286-5200 Facsimile: (913) 286-5201 | ggoheen@mvplaw.com |
| kristi@elgkc.com | |
| | ATTORNEYS FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF | |